Pro Se 1 (Rev. 12/16) Complaint for a Civil Case      Related DDJ      FILED

# UNITED STATES DISTRICT COURT
## for the
### Central District of California
_____ Division

2021 AUG -3 PM 12:40

Andrew S. Kindle

Case No. LACV21-6256-RGK-SHK

(to be filled in by the Clerk's Office)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

AAA Automobile Club of Southern California

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Andrew S. Kindle |
   | Street Address | 4262 w 58th pl |
   | City and County | LA |
   | State and Zip Code | CA 90043 |
   | Telephone Number | 3232368293 |
   | E-mail Address | Andrew.Kindle364@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | AAA Automobile Club of Southern California |
| Job or Title *(if known)* | |
| Street Address | 3333 Fairview Rd |
| City and County | Costa Mesa |
| State and Zip Code | CA 92626 |
| Telephone Number | 7144275950 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Violation of Federal Civil Rights act and a California Citizen Suing an entity

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Andrew S. Kindle , is a citizen of the State of *(name)* Califorina .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

### III. Statement of Claim

**Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.**

On 07/20/2020 at approximately 9:45 A.M. the plaintiff Mr. Kindle arrived at the AAA office on Crenshaw and 37th 3739 Crenshaw Blvd and was greeted at the door by the black receptionist. Mr. Kindle a black man and a native of the community was instructed to come inside the office to be assisted by a AAA agent by a young black woman. Immediately upon entry the manager of AAA began to racially profile and assert that because Mr. Kindle was black Mr. Kindle was illegally trying to transfer the title to a vehicle. Once AAA Manager Oscar intervened he instructed the black AAA representative Lisa that was assisting Mr. Kindle transfer the car title to cease helping Mr. Kindle and not to serve him because "He doesn't belong here" a sentiment held by many racists. Mr. Kindle inquired as to why his business transactions are not being served and AAA Manager Oscar advised Mr. Kindle that he was suspected of committing fraud. This is a clear violation of 42 U.S.C. § 1981 and Civil Rights Act Title IV the right of being discriminated against. Oscar then preceeded to call the police to remove Mr. Kindle because he was black and assumed to be a criminal. Oscar the AAA manager that denied Mr. Kindle any service exhibited clear racial annimos toward Mr. Kindle simply because of his race as well as other customers which displays a clear pattern of unjust practices. This is a clear violation of 42 U.S.C. § 1981 specifically 1261 and §2000a. (Hampton v. Dillard Dept. Stores, Inc., 18 F. Supp. 2d 1256 (D. Kan. 1998) gives clear precidence in this being a federal violation and simultaneously granting standing to this body. Mr Kindle was deprived of his right to enjoy all benefits, privileges, terms and conditions of her contractual relationship with AAA as was Ms. Hampton in the aforementioned case. This court has jurisdiction under the guise of 28 U.S.C § 1291. to adjudicate this matter as well as the Civil Rights Act of 1968. Subsequent to the police being called on Mr. Kindle AAA Employee referred to Mr. Kindle as a "Fucking Nigger." In the federal case (Johnson v Strive East Harlem Employment Group) It was ruled that the use of the word "Nigger" to a black peron not only as reprehensible but was deemed so severe and pervasive that any fair minded arbiter would be able to surmise that this is racist and the Mr. Kindle agrees. Also as a part of Oscar's racially based animus toward the plaintiff Oscar called the police and made a false report against the plaintiff which led to Mr. Kindle's unjust and unlawful detainment by the LAPD. The false police report and defametory statements made by AAA are in violation of 42 U.S.C. § 1981. Mr. Kindle pleads that the court moves forward with hearings, motions, discovery, MADR. Mr. Kindle also contends that the calculable financial injuries suffered as a result is $10,000,000 for defamation, $40,000,000 for unjust police

**III. Statement of Claim(cont.)**

detention and racial profiling, $20,000,000 for refusing service based on race and $30,000,000 for punitive damages and financial injury suffered.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* AAA Automobile Club of Southern CA, is incorporated under the laws of the State of *(name)* CA, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)*,

and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Punitive damages, financial injuries and violation of Federal law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 07/20/2020 at approximately 9:45 A.M. the plaintiff Mr. Kindle arrived at the AAA office on Crenshaw and 37th 3739 Crenshaw Blvd and was greeted at the door by the black receptionist. Mr. Kindle a black man and a native of the community was instructed to come inside the office to be assisted by a AAA agent by a young black woman. Immediately upon entry the manager of AAA began to racially profile and assert that because Mr. Kindle was black Mr. Kindle was illegally trying to transfer the title to a vehicle. Once AAA Manager Oscar intervened he instructed the black AAA representative Lisa that was assisting Mr. Kindle transfer the car title to cease helping Mr. Kindle and not to serve him because "He doesn't belong here" a sentiment held by many racists. Mr. Kindle inquired as to why his business transactions are not being served and AAA Manager Oscar advised Mr. Kindle

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. Kindle also contends that the calculable financial injuries suffered as a result is $10,000,000 for defamation, $40,000,000 for unjust police detention and racial profiling, $20,000,000 for refusing service based on race and $30,000,000 for punitive damages and financial injury suffered as a result of a clear violation of 42 U.S.C. § 1981 specifically 1261 and §2000a.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/21/2021

Signature of Plaintiff: Andrew S. Kindle
Printed Name of Plaintiff: Andrew S. Kindle

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address