JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE, | Case No. 2:21-cv-06256-RGK-SHK |
| Plaintiff, | |
| v. | |
| AAA AUTOMOBILE CLUB OF | **JUDGMENT** |
| SOUTHERN CALIFORNIA, | |
| Defendant. | |

  Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: February 17, 2022



_____
HONORABLE R. GARY KLAUSNER
United States District Judge